UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER TURNER; individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE LLC, a Delaware limited liability company,<br><br>Defendant. | Case No. 1:26-cv-03340-EPG<br><br>ORDER RE: JOINT STIPULATION EXTENDING DEADLINE FOR GOOGLE LLC'S RESPONSE TO COMPLAINT<br><br>(ECF No. 6) |

On May 4, 2026, the parties filed a stipulation extending the deadline for Defendant Google LLC's response to Plaintiff's complaint (ECF No. 6) Specifically, the parties stated as follows

Pursuant to Local Rules 143(a) and 144(a), Plaintiff Jennifer Turner ("Plaintiff") and Google LLC ("Google") (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate to extend the deadline for Google to answer or otherwise respond to the Complaint. In support of this stipulation, the Parties state as follows:

WHEREAS, Plaintiff sued Google in a putative class action entitled *Turner v. Google, LLC*, Case No. MCV098498, in the Superior Court of the State of California for the County of Madera on March 23, 2026;

WHEREAS, Plaintiff's Complaint was served on Google April 1, 2026;

WHEREAS, on April 30, 2026, Google filed its Notice of Removal pursuant to 28 U.S.C. §§ 1332, 1441, 1446, and 1453 (ECF No. 1);

1

WHEREAS, pursuant to Federal Rule of Civil Procedure 81(c)(2)(C), a responsive pleading must be presented within 7 days of filing the notice of removal, and thus Google's deadline to respond to the Complaint is May 7, 2026;

WHEREAS, Google requires additional time to analyze the allegations and claims in the Complaint and prepare a response to the same;

WHEREAS, on May 4, 2026, Google's counsel requested Plaintiff's consent to an extension of the responsive pleading deadline until June 30, 2026;

WHEREAS, on May 4, 2026, Plaintiff's counsel agreed to the proposed extension;

WHEREAS, the Parties have met and conferred regarding the deadline for Google to answer or otherwise respond to the Complaint, and have agreed to extend that deadline, which agreement they respectfully submit to the Court under this Stipulation; and

WHEREAS, this is the Parties' first stipulation for an extension, and this extension will not alter the date of any event or deadline already fixed by the Court,

NOW, THEREFORE, IT IS HEREBY STIPULATED that, subject to the Court's approval, the date by which Google must answer or otherwise respond to the Complaint shall be extended from May 7, 2026, to June 30, 2026.

(*Id.*).

The Court, having considered the Parties' stipulation extending Defendant's time to respond to the Complaint, shall extend the deadline for Defendant's time to respond to the Complaint from May 7, 2026, to June 30, 2026.

IT IS SO ORDERED.

Dated:   **May 5, 2026**                          /s/ Erica P. Grosjean
                                              UNITED STATES MAGISTRATE JUDGE

2