UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER TURNER; individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE LLC, a Delaware limited liability company,<br><br>Defendant. | Case No. 1:26-cv-03340-EPG<br><br>ORDER RE: JOINT STIPULATION EXTENDING DEADLINE FOR GOOGLE LLC'S RESPONSE TO COMPLAINT<br><br>(ECF No. 6) |

On June 22, 2026, the parties filed a stipulation extending the deadline for Defendant Google LLC's response to Plaintiff's complaint (ECF No. 21) Specifically, the parties stated as follows

Pursuant to Local Rules 143(a) and 144(a), Plaintiff Jennifer Turner ("Plaintiff") and Google LLC ("Google") (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate to extend the deadline for Google to answer or otherwise respond to the Complaint. In support of this stipulation, the Parties state as follows:

WHEREAS, Plaintiff sued Google in a putative class action entitled *Turner v. Google, LLC*, Case No. MCV098498, in the Superior Court of the State of California for the County of Madera on March 23, 2026;

WHEREAS, Plaintiff's Complaint was served on Google April 1, 2026;

WHEREAS, on April 30, 2026, Google filed its Notice of Removal pursuant to 28 U.S.C. §§ 1332, 1441, 1446, and 1453 (ECF No. 1);

WHEREAS, pursuant to Federal Rule of Civil Procedure 81(c)(2)(C), a responsive pleading must be presented within 7 days of filing the notice of removal, and thus Google's deadline to respond to the Complaint is May 7, 2026;

1

WHEREAS, on May 5, 2026, the Court granted the Parties' joint stipulation to extend Google's deadline to respond to the Complaint to June 30, 2026 (ECF No. 7);

WHEREAS, on May 29, 2026, Plaintiff filed a Motion to Remand (ECF No. 12) and Motion to Stay (ECF No. 14) wherein she requested a stay of all deadlines pending the resolution of her Motion to Remand;

WHEREAS, on June 11, 2026, Google filed a Motion to Transfer (ECF No. 15) wherein it requested that this case be transferred to the United States District Court for the Northern District of California;

WHEREAS, on June 12, 2026, Google filed a Response in Support of Plaintiff's Motion to Stay wherein it requested a stay of all deadlines pending the resolution of both Plaintiff's Motion to Remand and Google's Motion to Transfer (ECF No. 18);

WHEREAS, on June 22, 2026, Plaintiff filed a Reply in Support of her Motion to Stay wherein she confirmed that she consents to a stay of all deadlines pending the resolution of her Motion to Remand and Google's Motion to Transfer (ECF No. 20);

WHEREAS, the Parties have met and conferred regarding the deadline for Google to answer or otherwise respond to the Complaint, and have agreed to extend that deadline, which agreement they respectfully submit to the Court under this Stipulation; and

WHEREAS, this is the Parties' second stipulation for an extension, and this extension will not alter the date of any event or deadline already fixed by the Court,

NOW, THEREFORE, IT IS HEREBY STIPULATED that, subject to the Court's approval, the date by which Google must answer or otherwise respond to the Complaint shall be extended from June 30, 2026, to July 31, 2026.

(*Id.*).

The Court, having considered the Parties' stipulation extending Defendant's time to respond to the Complaint, shall extend the deadline for Defendant's time to respond to the Complaint from June 30, 2026 to July 31, 2026.

**IT IS SO ORDERED.**

**DATED:  June 26, 2026**       /s/ *Erica P. Grosjean*

**UNITED STATES MAGISTRATE JUDGE**