FILED

AUG 2 1 2026

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY FMN
DEPUTY CLERK

United States District Court
Eastern District of California

JENNIFER TURNER

Plaintiff(s)

V.

GOOGLE LLC

Defendant(s)

Case Number: 1:26-cv-03340-KES-EPG

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Zachary A. McEntyre hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

GOOGLE LLC

On 12/18/2006 (date), I was admitted to practice and presently in good standing in the United States District Court for the Northern District of Georgia (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 8/20/2026

Signature of Applicant: /s/ Zachary A. McEntyre

**Pro Hac Vice Attorney**

Applicant's Name: Zachary A. McEntyre

Law Firm Name: King & Spalding LLP

Address: 1180 Peachtree Street NE, Suite 1600

City: Atlanta State: GA Zip: 30309

Phone Number w/Area Code: (404) 572-4600

City and State of Residence: Atlanta, GA

Primary E-mail Address: zmcentyre@kslaw.com

Secondary E-mail Address: tkirillova@kslaw.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Benjamin S. Softness

Law Firm Name: King & Spalding LLP

Address: 50 California Street, Suite 3300

City: San Francisco State: CA Zip: 94111

Phone Number w/Area Code: (415) 318-1200 Bar # 361435

**ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 8/21/26

JUDGE, U.S. DISTRICT COURT

# CERTIFICATE OF GOOD STANDING

**UNITED STATES OF AMERICA** }
} **ss.**
**NORTHERN DISTRICT OF GEORGIA** }

I, Kevin P. Weimer, Clerk of the United States District Court for the Northern District of Georgia,

**DO HEREBY CERTIFY** that **ZACHARY ANDREW MCENTYRE, State Bar No. 653571,** was duly admitted to practice in said Court on 12/18/2006 and is in good standing as a member of the bar of said Court.

Dated at Atlanta, Georgia, this 21st day of April, 2026.

KEVIN P. WEIMER
CLERK OF COURT

By: ______________________
Beverly Creech
Deputy Clerk