UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JENNIFER TURNER,

Plaintiff(s),

v.

GOOGLE, LLC.,

Defendant(s).

No. 1:26-cv-3340-KES-EPG

ORDER GRANTING JOINT SCHEDULE TO COMPLETE JURISDICTIONAL DISCOVERY AND MOTION TO REMAND BRIEFING

(ECF No. 35).

On September 1, 2026, the Court denied Plaintiff's motion to remand, granted Plaintiff's request for jurisdictional discovery, stayed Google's motion to transfer, and stayed the case pending the resolution of Plaintiff's renewed motion to remand. (ECF No. 32). The Court also ordered that, within 14 days of the entry of that order, the parties meet and confer to file a plan for jurisdictional discovery and to propose a briefing schedule for a renewed motion to remand. (*Id.*).

Now before the Court is the parties' proposed joint jurisdictional discovery plan and briefing schedule for a forthcoming motion to remand filed on September 29, 2026. (ECF No. 35).

The parties propose a 120-day discovery plan, until January 27, 2026, for the completion of jurisdictional discovery. Additionally, the parties propose the following briefing schedule for Plaintiff's forthcoming motion to remand:

1. Opening brief filed 30 days after the close of jurisdictional discovery: February 26, 2027.
2. Opposition brief filed: March 29, 2027.
3. Reply brief filed: April 19, 2027.

(*Id.* at 2).

Upon review, the Court shall grant the parties' proposed jurisdictional discovery plan and briefing schedule for Plaintiff's motion to remand. Accordingly, IT IS HEREBY ORDERED as follows:

1. Jurisdictional discovery shall be completed no later than January 27, 2026.
2. Plaintiff's renewed motion to remand shall be filed no later than February 26, 2027.
3. Defendant's opposition shall be filed no later than March 29, 2027.
4. Plaintiff's optional reply brief shall be filed no later than April 19, 2027.

IT IS SO ORDERED.

Dated: **September 30, 2026**

/s/ Eric P. Grosjean

UNITED STATES MAGISTRATE JUDGE